IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIET MIKE NGO, | 1:04-cv-05301-OWW-WMW (PC) |
|     Plaintiff, | ORDER GRANTING DEFENDANTS' FIRST MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING |
|     vs. | |
| SCOTT P. RAWERS, et al, | (DOCUMENT #19) |
|     Defendants. | THIRTY DAY DEADLINE |
| _____/ | |

    The Court, having considered Defendants' motion for an extension of time to file a responsive pleading, and good cause having been found,

    **IT IS HEREBY ORDERED**: Defendants shall be granted an extension of time of thirty days to complete and file their responsive pleading.

IT IS SO ORDERED.

**Dated:   May 21, 2008**                             **/s/  William M. Wunderlich**
                                                                        UNITED STATES MAGISTRATE JUDGE