IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **VIET MIKE NGO,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**SCOTT P. RAWERS, et al.,**<br><br>　　　　　　　　　　　　Defendants. | 1:04-CV-5301 OWW WMW (PC)<br><br>**ORDER RE MOTION (DOC 24)** |

　　　The Court, having considered Defendants' second motion for an extension of time to file a responsive pleading, and good cause having been found,

　　　**IT IS HEREBY ORDERED**: Defendants shall be granted an extension of time, of thirty days to complete and file their responsive pleading.

IT IS SO ORDERED.

**Dated:　　June 27, 2008**　　　　　　　　　　　/s/  William M. Wunderlich
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

] Order

1