IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **VIET MIKE NGO,**<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**SCOTT P. RAWERS, et al.,**<br><br>　　　　　　Defendants. | Case No. 1:04-CV-5301 OWW WMW (PC)<br><br>**ORDER** |

On November 19, 2008, Defendants requested an extension of time to respond to Plaintiff's duplicate discovery requests. **FOR GOOD CAUSE SHOWN,** Defendants are granted an extension of time up to and including December 21, 2008, in which to serve Plaintiff with Defendants' responses to Plaintiff's First Set of Interrogatories/Request for Production of Documents.

IT IS SO ORDERED.

**Dated:   November 19, 2008**　　　　　　　　/s/  William M. Wunderlich
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1