IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


VIET MIKE NGO,

   Plaintiff,      1: 04 CV 05301 OWW YNP GSA (PC)

  vs.          ORDER GRANTING MOTION TO

            MODIFY SCHEDULING ORDER (DOC 42)



SCOTT RAWERS, et al.,

   Defendants.


   Defendants have requested an extension of time in which to complete and serve discovery and to file pretrial dispositive motions. Good cause appearing, IT IS HEREBY ORDERED that:

   1.  Defendants' motion to modify the scheduling order is granted.

   2.  The discovery cutoff date is May 30, 2010.

   3.  The dispositive motion filing deadline is July 16, 2010.

   IT IS SO ORDERED.

**Dated: March 8, 2010**     **/s/ Gary S. Austin**
             UNITED STATES MAGISTRATE JUDGE