# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIET MIKE NGO, | CASE NO. 1:04-cv-5301-OWW-MJS (PC) |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION |
| v. | |
| SCOTT P. RAWERS, et al., | (ECF No. 50) |
| Defendants. | PLAINTIFF'S RESPONSE DUE 10/25/2010 |

On August 13, 2010, Defendants filed a Motion for Summary Judgment. (ECF No. 48.) Plaintiff's Motion for Extension of time to respond was granted and Plaintiff was given until September 30, 2010, to file his opposition to the motion. To date, Plaintiff has not filed any opposition.

Accordingly, Plaintiff is hereby ORDERED to file his opposition to Defendants' Motion for Summary Judgment not later than **October 25, 2010** or this action will be dismissed for failure to obey a Court order and failure to prosecute.

IT IS SO ORDERED.

Dated:   October 8, 2010                    /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE

1